UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD MICHAEL WOJNA,

        Petitioner,               Case No. 1:08-CV-184

v.                                      Hon. Gordon J. Quist

BLAINE C. LAFLER, et. al.,

        Respondent.
_____/

### ORDER APPROVING REPORT AND RECOMMENDATION

This is a habeas corpus action brought by Petitioner pursuant to 28 U.S.C. § 2254. The United States Magistrate Judge filed a Report and Recommendation suggesting that the petition be dismissed under Rule 4, Rules Governing § 2254 Cases. The Report and Recommendation was duly served on the parties on April 7, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(c). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (docket no. 2), is **APPROVED AND ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (docket no. 1) is **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**This case is concluded.**

Dated: May 14, 2008                                           /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE